**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *In re* BAYCOL PRODUCTS LITIGATION | MDL NO. 1431 (MJD/SRN) |
| This Document Relates to: | |
| | **ORDER** |
| *Jacob Abbott, et al., v. Bayer Corp., et al.* (Plaintiff Arthur R. Smith only) | Case No. 03-4966 |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated May 2, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Arthur R. Smith [Doc. No. 126] is GRANTED; and

2. Plaintiff Arthur R. Smith's action is DISMISSED WITH PREJUDICE.

DATED: May 22, 2007.

> s / Michael J. Davis
> Judge Michael J. Davis
> United States District Court Judge